IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | 5:19-CR-8 |
| | § | |
| **JACORY DEWAYNE COULTER (2)** | § | |

### AMENDED FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of the guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On October 5, 2020, this cause came before the undersigned United States Magistrate Judge for guilty plea and allocution of the Defendant on Count 4 of the Indictment. Count 4 of the Indictment charges a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 860a, distribution and possession with intent to distribute methamphetamine on premises in which a minor is present.[1] After conducting said proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Court finds:

   a.   That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a United States Magistrate Judge subject to a final approval and imposition of sentence by the District Court.

   b.   That the Defendant and the Government have entered into a plea agreement, which

---

[1] The Original Findings of Fact and Recommendation on Guilty Plea before the United States Magistrate Judge (Docket Entry #269) stated Defendant was pleading guilty to Count 1 of the indictment. The correct count of the indictment that Defendant is pleading guilty to is Count 4. The count number is the only change in this Report and Recommendation from the Original Findings of Fact and Recommendation on Guilty Plea before the United States Magistrate Judge.

has been filed and disclosed in open court pursuant to Fed. R. Crim. P. 11(c)(2).

      c.      That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses.

      d.      Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the undersigned. Both parties waive the objection period.

IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the Defendant, and that JACORY DEWAYNE COULTER should be finally adjudged guilty of the offenses listed above.

**SIGNED this 15th day of October, 2020.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE