# United States District Court
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | 5:19-CR-8 |
| | § | |
| **JACORY DEWAYNE COULTER (2)** | § | |

## ORDER ADOPTING
## THE AMENDED REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on October 5, 2020, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document #269). On October 15, 2020, Judge Craven issued an Amended Findings of Fact and Recommendation on Guilty Plea (document #270).[1] In the Amended Findings of Fact and Recommendation on Guilty Plea, Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of Count 4 of the Indictment, which charges a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 860a, distribution and possession with intent to distribute methamphetamine on premises in which a minor is present. The Court is of the opinion that the Amended Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Amended Report and Recommendation of the United States Magistrate Judge (document #270) is **ADOPTED.** It is further

---

[1] The Amended Findings of Fact and Recommendation on Guilty Plea changed only the count number to which Defendant pleaded guilty. The original Recommendation stated Defendant pleaded guilty to Count 1, but the Amended Recommendation changed that to the correct count, which was Count 4.

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 4 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count 4 of the Indictment.

**SIGNED this 20th day of October, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE